748 A.2d 1232

Theresa ALBERICI, Respondent,

v.

RICHARD, DISANTI, HAMILTON & GALLAGHER, P.C.,
Howard Richard and Alexander Disanti, Petitioners.

Supreme Court of Pennsylvania.

March 20, 2000.

## *ORDER*

PER CURIAM:

AND NOW, this 20th day of March, 2000, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Whether Respondent was required to adduce expert testimony to establish proximate causation in this legal malpractice action?

748 A.2d 1232

COMMONWEALTH of Pennsylvania, Respondent,

v.

Carolyn Ann KING, Petitioner.

Supreme Court of Pennsylvania.

March 24, 2000.

### ORDER

PER CURIAM:

**AND NOW**, this 24th day of March 2000, Petitioner's petition for reconsideration is granted and this Court's order of March 13, 2000 is vacated. Petitioner shall have twenty (20) days from the date of this order to file an amended counseled PCRA petition in the Lebanon County Court of Common Pleas.

It is further ordered that petitioner's execution shall be stayed pending review of the amended PCRA petition.

748 A.2d 1233

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Bradley A. MARTIN, Petitioner.**

Supreme Court of Pennsylvania.

March 24, 2000.

### ORDER

PER CURIAM:

**AND NOW**, this 24th day of March 2000, Petitioner's petition for reconsideration is granted and this Court's order of March 13, 2000 is vacated. Petitioner shall have twenty (20) days from the date of this order to file an amended counseled PCRA petition in the Lebanon County Court of Common Pleas.

It is further ordered that petitioner's execution shall be stayed pending review of the amended PCRA petition.